E-FILED
Thursday, 25 May, 2006 11:30:59 AM
Clerk, U.S. District Court, ILCD

PROB 22
(Rev. 12/98)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
0754 4:97CR40029-001

DOCKET NUMBER (Rec. Court)
06-20034

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION/OFFICE |
|---|---|---|
| David Leslie Norman<br><br>Urbana, IL 61801 | Southern District of Illinois | U. S. Probation Office<br>East St. Louis, IL 62201 |

FILED
MAY 25 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Michael M. Mihm |

| DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>03/22/06 | TO<br>03/21/09 |
|---|---|---|

**OFFENSE**

18 U.S.C. § 876 - Mailing Threatening Communications to a Federal Judge and to Private Citizens

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the CENTRAL DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/24/06
Date

s/ Michael M. Mihm
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/24/06
Effective Date

s/ Michael P. McCuskey
United States District Judge