**E-FILED**  
Thursday, 25 May, 2006  11:43:39 AM  
Clerk, U.S. District Court, ILCD

CLOSED, FRC

# U.S. District Court
## Southern District of Illinois (Benton)
### CRIMINAL DOCKET FOR CASE #: 4:97-cr-40029-MMM-ALL
### Internal Use Only

Case title: USA v. Norman  
Magistrate judge case number: 3:97-mj-06036

Date Filed: 06/18/1997

Assigned to: Chief Judge Michael M Mihm

**Defendant**

**David Leslie Norman** (1)  
*TERMINATED: 03/27/1998*

represented by **William L. Gavras**  
mail returned  
Generally Admitted 99999  
*TERMINATED: 03/27/1998*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Pending Counts**

18:876 (18:876.F MAILING THREATENING COMMUNICATIONS) Mailing Threatening Communications to a Federal Judge and to Private Citizens (1-4)

18:876 (18:876.F MAILING THREATENING COMMUNICATIONS) Mailing Threatening Communications to a Federal Judge and to Private Citizens (24-25)

**Disposition**

Defendant shall be imprisoned for a term of 96 months, custody of Bureau of Prisons. Upon release, defendant shall be on supervised release for a term of 3 years. Defendant shall pay a special assessment of $600.00

Defendant shall be imprisoned for a term of 96 months, custody of Bureau of Prisons. Upon release, defendant shall be on supervised release for a term of 3 years. Defendant shall pay a special assessment of $600.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:876 (18:876.F MAILING THREATENING COMMUNICATIONS) Mailing Threatening Communications to a

**Disposition**

Upon motion by the government, Counts 5-23 are dismissed

Federal Judge and to Private Citizens
(5-23)

## Highest Offense Level (Terminated)

Felony

## Complaints

None

## Disposition

## Plaintiff

**USA**
*TERMINATED: 03/27/1998*

represented by **Thomas E. Leggans**
Assistant U.S. Attorney - Benton
Generally Admitted
402 West Main Street
Suite 2A
Benton, IL 62812
618-628-3700
Fax: 618-439-2401
Email: thomas.leggans@usdoj.gov
*TERMINATED: 03/27/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/1997 | 1 | COMPLAINT against David Leslie Norman signed by Mag/Judge Clifford J. Proud [ 3:97-m -6036 ] (jms) (Entered: 05/22/1997) |
| 05/21/1997 | | ARREST Warrant issued for David Leslie Norman by Mag/Judge Clifford J. Proud [ 3:97-m -6036 ] (jms) (Entered: 05/22/1997) |
| 05/21/1997 | | ARREST of defendant David Leslie Norman on 5/21/97 [ 3:97-m -6036 ] (jms) (Entered: 05/22/1997) |
| 05/22/1997 | 2 | MINUTES (jms) of Initial Appearance: before Mag Judge Gerald B. Cohn initial appearance of David Leslie Norman Attorney William L. Gavras present; (cc: all counsel) Court Reporter Molly Clayton [ 3:97-m -6036 ] (jms) (Entered: 05/22/1997) |
| 05/22/1997 | 3 | CJA Form 20 (Attorney Payment Voucher # 0834128) as to David Leslie Norman [ 3:97-m -6036 ] (jms) (Entered: 05/22/1997) |
| 05/22/1997 | 4 | ORDER of Detention Pending Trial by Mag Judge Gerald B. Cohn as to David Leslie Norman (cc: all counsel) [ 3:97-m -6036 ] (jms) (Entered: 05/22/1997) |
| 05/30/1997 | 5 | MOTION for hearing to determine competency by David Leslie Norman [ 3:97-m -6036 ] (amv) (Entered: 05/30/1997) |

| | | |
|---|---|---|
| 05/30/1997 | | Docket Modification (Utility) that the motion for hearing to determine competency [5-1] is submitted to Mag/Judge Clifford J. Proud [ 3:97-m -6036 ] (amv) (Entered: 05/30/1997) |
| 05/30/1997 | 6 | NOTICE by defendant David Leslie Norman of intent to rely upon expert testimony to prove defendant insane [ 3:97-m -6036 ] (amv) (Entered: 06/02/1997) |
| 05/30/1997 | 7 | NOTION (NOTICE) by defendant David Leslie Norman of intention of invoking insanity defense [ 3:97-m -6036 ] (amv) (Entered: 06/02/1997) |
| 06/13/1997 | 8 | RESPONSE by plaintiff USA to motion for hearing to determine competency [5-1] [ 3:97-m -6036 ] (amv) (Entered: 06/13/1997) |
| 06/16/1997 | 9 | ORDER by Mag/Judge Clifford J. Proud granting motion for hearing to determine competency [5-1]. The Court orders a psychological examination of the defendant. The Court will set the matter for hearing after the psychological exam is completed. (cc: all counsel) [ 3:97-m -6036 ] (amv) (Entered: 06/16/1997) |
| 06/18/1997 | 10 | INDICTMENT by USA: Counts filed against David Leslie Norman (1) count(s) 1 through 25; Warrant for Arrest issued to U.S. Marshal (vlm) Modified on 06/25/1997 (Entered: 06/25/1997) |
| 06/25/1997 | 11 | ORDER by Chief Judge J. P. Gilbert case transferred for reassignment to Central District of Illinois to be presented to Chief Judge Michael Mihm for assignment; all further filings in this matter shall be made to Clerk of Court, Central District of Illinois, as to David Leslie Norman case terminated as to David Leslie Norman (cc: all counsel) (djs) (Entered: 06/27/1997) |
| 06/30/1997 | | REMARK--certified copy of transfer order, pleadings/documents and docket sheet sent to Central District of Illinois, Peoria Clerk's Office, via UPS (djs) (Entered: 06/30/1997) |
| 09/26/1997 | 14 | MINUTES OF ARRAIGNMENT AND COMPETENCY HEARING (jmf): before Chief Judge Michael M. Mihm dft David Leslie Norman arraigned; not guilty plea entered; Attorney present; as to David Leslie Norman , ;prtrl conf set for 11:00 12/5/97 for David Leslie Norman before Chief Judge Michael M. Mihm in the USDC/East St. Louis, IL ;jury trial set for 9:00 12/15/97 for David Leslie Norman before Chief Judge Michael M. Mihm in the USDC/East St. Louis, IL Pretrial motions are due within 28 days of today's date. (cc: all counsel) Court Reporter Daveanna Knight (Keefe) (jmf) (Entered: 10/09/1997) |
| 10/01/1997 | | Docket Modification (Utility) case reopened as to David Leslie Norman , case reassigned to Chief Judge Michael M. Mihm as to David Leslie Norman (jmf) (Entered: 10/09/1997) |
| 10/01/1997 | | (jmf) (Entered: 10/09/1997) |
| 10/01/1997 | | Docket Modification (Utility) case reassigned to Chief Judge Michael M. Mihm as to David Leslie Norman (jmf) (Entered: 10/09/1997) |
| | | |

| | | |
|---|---|---|
| 10/06/1997 | 12 | ORDER by Chief Judge Michael M. Mihm transferring case back to Southern District of Illinois. Judge Mihm to remain presiding judge (cc: all counsel) (jmf) (Entered: 10/09/1997) |
| 10/06/1997 | 13 | MISCELLANEOUS correspondence regarding David Norman (sealed) (jmf) (Entered: 10/09/1997) |
| 10/30/1997 | | ARREST Warrant Executed as to David Leslie Norman on 9/26/97 (lmc) (Entered: 11/03/1997) |
| 11/13/1997 | 15 | MINUTES OF TELEPHONE STATUS CONFERENCE: before Chief Judge Michael M. Mihm. Asst. US Attorney Leggans & Attorney Gavras present via telephone. If defendant agrees, the 12/15/97 hearing will be via telephone. Attorney Gavras to notify the Court as soon as he speaks with his client; jury trial set for 9:00 AM on 12/15/97 for David Leslie Norman before Chief Judge Michael M. Mihm in the USDC/East St. Louis, IL (cc: all counsel); Court Reporter K. Hanna (myz) (Entered: 11/17/1997) |
| 11/17/1997 | 16 | NOTICE to all parties. telephone prttrl conf set for 11:00 AM on 12/5/97 for David Leslie Norman before Chief Judge Michael M. Mihm. The Court will set up the telephone call (cc: all counsel) (myz) (Entered: 11/17/1997) |
| 12/05/1997 | 17 | MINUTES OF TELEPHONE FINAL PRE TRIAL : before Chief Judge Michael M. Mihm pretrial conference held on 12/5/97 as to David Leslie Norman Attorneys are present by phone, defendant does not appear. The Court finds the defendant competent to proceed to trial pursuant to hearing held 9/26/97 Court Reporter Karen Hanna (Mihm's) (jmf) (Entered: 12/08/1997) |
| 12/15/1997 | 18 | MINUTES OF CHANGE OF PLEA as to David Norman (jmf): before Chief Judge Michael M. Mihm. Court finds that defendant would be competent to stand trial Guilty plea entered by David Leslie Norman , Sent/disp hrg set 10:00 AM 3/27/98 for David Leslie Norman before Chief Judge Michael M. Mihm in the USDC/East St. Louis, IL Probation shall not interview defendant without defendant's counsel (cc: all counsel) Court Reporter Pam Schubert (Keefe) (jmf) (Entered: 12/15/1997) |
| 12/15/1997 | | Docket Modification (Utility) Moving counts to P5 as to David Leslie Norman (jmf) (Entered: 12/15/1997) |
| 12/22/1997 | 19 | NOTICE of receipt of evaluation (jmf) (Entered: 12/22/1997) |
| 12/22/1997 | 20 | ADDENDUM to Psychiatric Evaluation report received for David Leslie Norman (sealed) (jmf) (Entered: 12/22/1997) |
| 02/27/1998 | 21 | OBJECTIONS by defendant David Leslie Norman to presentence report (SEALED) (dmw) (Entered: 03/03/1998) |
| 03/02/1998 | 22 | Notice/acknowledgment as to defendant David Leslie Norman concerning the presentence investigation report by defendant David Leslie Norman (cc: Probation Office) (jmf) (Entered: 03/03/1998) |

| | | |
|---|---|---|
| 03/02/1998 | 23 | SUPPLEMENTAL OBJECTIONS to the presentence report by defendant David Leslie Norman (sealed) (jmf) (Entered: 03/03/1998) |
| 03/04/1998 | 24 | LETTER by attorney Gavras informing Court of schedule (jmf) (Entered: 03/06/1998) |
| 03/17/1998 | 25 | EX PARTE MOTION for order by David Leslie Norman (sealed) (jmf) (Entered: 03/20/1998) |
| 03/18/1998 | 26 | ORDER by Chief Judge Michael M. Mihm granting motion for order [25-1] (sealed) (cc: all counsel) (jmf) (Entered: 03/20/1998) |
| 03/27/1998 | 27 | MINUTES OF DISPOSITION (amv): before Chief Judge Michael M. Mihm sentencing David Leslie Norman (1) count(s) 1-4, 24 -25 . Defendant shall be imprisoned for a term of 96 months, custody of Bureau of Prisons. Upon release, defendant shall be on supervised release for a term of 3 years. Defendant shall pay a special assessment of $600.00 as to David Leslie Norman , dismissing counts as to David Leslie Norman (1) count(s) 5-23. Upon motion by the government, Counts 5-23 are dismissed, Court Reporter Daveanna Knight (Keefe) (jmf) Modified on 04/09/1998 (Entered: 04/09/1998) |
| 03/27/1998 | 28 | MOTION to dismiss count(s) 5 - 23 by USA as to David Leslie Norman (jmf) Modified on 04/09/1998 (Entered: 04/09/1998) |
| 03/27/1998 | 29 | ORDER by Chief Judge Michael M. Mihm granting motion to dismiss count(s) 5 - 23 [30-1] (cc: all counsel) (jmf) Modified on 04/09/1998 (Entered: 04/09/1998) |
| 04/02/1998 | 31 | NOTICE OF APPEAL on behalf defendant David Leslie Norman ; regarding [32-1] (cc: all counsel) (jmf) Modified on 04/09/1998 (Entered: 04/09/1998) |
| 04/09/1998 | 30 | JUDGMENT and Commitment issued as to David Leslie Norman by Chief Judge Michael M. Mihm (cc: all counsel) (jmf) Modified on 04/09/1998 (Entered: 04/09/1998) |
| 04/09/1998 | | Docket Modification (Utility) case terminated as to David Leslie Norman (jmf) (Entered: 04/09/1998) |
| 04/09/1998 | | SHORT RECORD transmitted to USCA-7 [33-1] (jmf) (Entered: 04/09/1998) |
| 04/16/1998 | | NOTIFICATION by Circuit Court of Appellate Docket Number regarding [31-1] USCA Number: 98-1922 (jmf) (Entered: 04/16/1998) |
| 04/23/1998 | | RECORD ON APPEAL prepared Vol(s) of Pleadings: 1 [31-1] (6 sealed envelopes) (jmf) (Entered: 04/23/1998) |
| 06/01/1998 | 34 | CJA Form 20 (Attorney Payment Voucher # 0834128) as to David Leslie Norman (sealed) (fe) (Entered: 06/01/1998) |
| 06/10/1998 | | TRANSCRIPT OF SENTENCING; held 3/27/98 as to defendant David Leslie Norman ; 1 volume(s) Court Reporter: Daveanna Knight (fe) (Entered: 06/11/1998) |

| | | | |
|---|---|---|---|
| 06/12/1998 | | 35 | CJA FORM 24 (Authorization and Voucher for Transcript Payment) as to David Leslie Norman (sealed) (dmw) (Entered: 06/15/1998) |
| 06/22/1998 | | | JUDGMENT and Commitment returned executed on 6/8/98 as to David Leslie Norman (dmw) (Entered: 06/23/1998) |
| 07/29/1998 | | | REQUEST from USCA-7 to transmit Record on Appeal [31-1] (fe) (Entered: 07/29/1998) |
| 07/29/1998 | | | RECORD on Appeal (1 volumes of pleadings, 1 volumes of transcripts, 4 sealed envelopes) sent to USCA-7 via UPS [31-1] (fe) (Entered: 07/29/1998) |
| 12/04/1998 | | 36 | MANDATE from Circuit Court dismissing the appeal [31-1] USCA date of decision 11/9/98 ROA was returned (jmf) (Entered: 12/08/1998) |
| 01/14/2000 | | | REMARK - Case file sent to Benton (1 volume, 1 transcript) (myz) (Entered: 01/19/2000) |
| 09/15/2000 | | 37 | LETTER by defendant David Leslie Norman requesting a new trial (jmf) (Entered: 09/18/2000) |
| 02/22/2001 | | | Criminal files sent to FRC on 7/27/00 accession number 021 00 0161 box number 3 of 5 location 434147-151 BAN (jep) (Entered: 02/22/2001) |
| 06/08/2001 | | 38 | CERTIFICATE (NOTICE) OF RELEASE OF LIEN by plaintiff USA as to Defendant David Leslie Norman (vlm) (Entered: 06/14/2001) |
| 04/28/2004 | | | ***Sealed Documents 13, 20, 21, 23, 25, 26 & 2 sealed envelopes not numbered Sent to: Benton (dmw) (Entered: 04/28/2004) |
| 05/11/2004 | | | ***Documents 13, 20, 21, 23, 25, 26, & one sealed envelope which was not numbered Sent to: ESL via Fed Ex for storage (wll, ) Modified on 5/13/2004 (wll, ). (Entered: 05/11/2004) |
| 05/11/2004 | | | ***Document one sealed envelope which was not numbered (PSI) Sent to: Benton Probation for storage (wll ) Modified on 5/13/2004 (wll, ). (Entered: 05/11/2004) |