

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

May 25, 2006

Clerk U.S. District Court
301 W. Main Street
Benton, IL 62812

RE:   UNITED STATES OF AMERICA vs. DAVID LESLIE NORMAN
      SD/IL 0754 4:97CR 40029-001 AND CD/IL #06-20034

Dear Clerk:

Enclosed please find an original copy of the Transfer of Jurisdiction Order entered May 25, 2006, with regard to the above-referenced case. We have assigned case number 06-20034 to our file.

Please send certified copies of Indictment, Judgment and docket sheet. Also please send any financial records including ledger sheets.

Thank you very much for you assistance in this matter and feel free to contact the undersigned should you have any questions.

    Sincerely yours,
    JOHN M. WATERS,

    s/ K. Marsh
    Deputy Clerk

Enclosure