

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF ILLINOIS
301 West Main Street
Benton, IL 62812
618/439-7760

Norbert G. Jaworski
Clerk

May 26, 2006

Clerk
United States District Court
201 S. Vine Street
Urbana, IL 61802

**FILED**

MAY 3 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

06-20034

Re:   Transfer of Jurisdiction of David Leslie Norman
      Our File: 97-40029-MMM

Dear Clerk:

    On 5/26/06, an Order by the Honorable J. Phil Gilbert, U.S. District Judge, was filed transferring the probation jurisdiction from this District Court to the Central District of IL.

    The file is currently at the Federal Record Center. I will advise you when we receive the file so you may access the docket sheet, relative documents, etc.

        Sincerely,

        Norbert G. Jaworski, Clerk


        By: S/Deborah Agans, Deputy Clerk

CR12
(12/04)