```
****************************************************************************************
                                FEDERAL COURT SYSTEMS
RUN ON 06/07/06                SOUTHERN DISTRICT OF ILLINOIS                    PAGE: 1
                                 CASE INQUIRY REPORT
****************************************************************************************

CASE NO: 4:97-CR-40029      TITLE: USA VS DAVID LESLIE NORMAN
```

| DEFENDANT # | ORDERED AMOUNT | AMOUNT PAID | BALANCE DUE | ACCOUNT | PAYMENT TYPE |
|---|---|---|---|---|---|
| 1 | 600.00 | 600.00 | 0.00 | 504100 | FINE |
|   | 600.00 | 600.00 | 0.00 |  |  |

| TRANSACTION | RECEIPT/ VOUCHER NUMBER | RECEIPT/ VOUCHER DATE | INCREASE/ (DECREASE) CASE BAL | TYPE OF TRANS- ACTION | ACCOUNT NUMBER | DEFENDANT PAYEE/BANK NUMBER | U.S. TREASURY | COMMERCIAL BANKS | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| RECEIVED | 50000713601 | 03/01/99 | 79.00 |  | 504100 | 1 |  |  | 79.00 |
| RECEIVED | 50000736501 | 04/01/99 | 67.00 |  | 504100 | 1 |  |  | 67.00 |
| RECEIVED | 50000756001 | 05/01/99 | 116.00 |  | 504100 | 1 |  |  | 116.00 |
| RECEIVED | 50000764301 | 06/05/99 | 93.00 |  | 504100 | 1 |  |  | 93.00 |
| RECEIVED | 50000788701 | 07/03/99 | 77.00 |  | 504100 | 1 |  |  | 77.00 |
| RECEIVED | 50000809001 | 08/07/99 | 86.00 |  | 504100 | 1 |  |  | 86.00 |
| RECEIVED | 50000817701 | 09/04/99 | 82.00 |  | 504100 | 1 |  |  | 82.00 |

********** CASE SUMMARY **********

TOTAL CASE BALANCE:                    600.00

BALANCE IN U.S. TREASURY:                                               0.00
CASE DEPOSITORY MAINT. BALANCE :                                        0.00

BALANCE IN COMMERCIAL BANKS:                                                      0.00
CASE DEPOSITORY MAINT. BALANCE  :                                                 0.00

DEPOSITS TO RECEIPT ACCOUNTS:                                                              600.00

TYPE OF TRANSACTION:
AD: ADJUSTMENT-388800      AJ: ADJUSTMENT       BV: BANK VOUCHER
BD: DIRECT BANK DEPOSIT    BT: BANK TRANSFER    CC: CREDIT CARD      CH: CASH
CK: CHECK                  CL: COLLATERAL       CN: CONVERSION       CR: CASE REFUND
CV: CASH VOUCHER           DW: DIRECT WITHDRAWL DV: DEBIT VOUCHER    FF: FORFEITURE

JUN 06 2006 23:45                                              6184829499   PAGE.02